# UNITED STATES DISTRICT COURT
## Northern District of Florida

UNITED STATES OF AMERICA

v.                                              Case No.:   3:10cr86-001/MCR
                                                USM No.:    04521-017

GREGORY LEONARD KING, JR.

————————————————————————/


Date of Original Judgment:        November 23, 2010

Date of Previous Amended Judgment:   December 12, 2011
*(Use Date of Last Amended Judgment if Any)*


## Order on Motion for Sentence Reduction

    The Defendant has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u).

    Having considered such motion, and taking into account Amendment 782, USSG §1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the Court orders that the motion is **GRANTED** and the Defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **156** months is **reduced** to **100** months.


*(Complete Part I or II Attachment, as applicable)*

**IT IS SO ORDERED.**


Order Date:        June 8, 2015                    s/ *M. Casey Rodgers*
                                                   *Signature of Judge*

                                                    M. Casey Rodgers
Effective Date:   November 1, 2015                 Chief United States District Judge
                (if different from order date)     Printed Name and Title of Judge